Certificate Number: 03788-NYS-CC-014464414


03788-NYS-CC-014464414

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>April 7, 2011</u>, at <u>6:59</u> o'clock <u>PM EDT</u>, <u>Luis DeLeon</u> received from <u>Alliance Credit Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Southern District of New York</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>April 7, 2011</u>    By:    <u>/s/Tracey Montoya</u>

Name:  <u>Tracey Montoya</u>

Title:  <u>Certified Credit Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).